Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

_____ Division

| | | |
|---|---|---|
| Tauheedah Jackson | ) | Case No. CIV-23-1048-G |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) | |
| Brice Carter and Flowerchild Restaurant ,Fox Restaurant Concepts LLC/ Flowerchild Holding Comp | ) | **FILED** |
| | ) | NOV 16 2023 |
| *Defendant(s)* | ) | CARMELITA REEDER SHINN, CLERK |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | U.S. DIST. COURT, WESTERN DIST. OKLA. BY_____,DEPUTY |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Tauheedah Jackson |
   | Street Address | 12601 N. Pennsylvania Ave. Apt. 119 |
   | City and County | Oklahoma City |
   | State and Zip Code | OK 73120 |
   | Telephone Number | 4059680618 |
   | E-mail Address | tauheedah_j@outlook.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Brice Carter |
| Job or Title *(if known)* | General Manager (harassing manager) |
| Street Address | 1144 NW 63rd Street Suite 1003 |
| City and County | Oklahoma City, |
| State and Zip Code | OK 73116 |
| Telephone Number | (405)-486-0420 |
| E-mail Address *(if known)* | bcarter@foxrc.com |

Defendant No. 2

| | |
|---|---|
| Name | Flowerchild Restaurant |
| Job or Title *(if known)* | |
| Street Address | 10460 N 90TH St Ste 100 |
| City and County | Scottsdale, |
| State and Zip Code | AZ, 85258-4625 United States |
| Telephone Number | (480) 240-4400 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Fox Restaurant Concepts LLC/ Flowerchild Holding Company LLC |
| Job or Title *(if known)* | |
| Street Address | 4455 E Camelback RD #B100 |
| City and County | Pheonix, |
| State and Zip Code | AZ 85018 |
| Telephone Number | |
| E-mail Address *(if known)* | hrcommunications@foxrc.com hrcommunications@foxrc.onmicroso |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, (ADEA), and ADA of 1990, Article 3 of Title 25 O.S,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Tauheedah Jackson, is a citizen of the State of *(name)* Oklahoma.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Brice Carter, is a citizen of the State of *(name)* Oklahoma. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Flowerchild Restaurant and Fox Corp , is incorporated under the laws of the State of *(name)* Arizona , and has its principal place of business in the State of *(name)* Arizona .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* Oklahoma .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000 this is based on the amount allowed in accordance to law but also for the pain and suffering that took place and as well as putting plaintiff's family in economic stress because of having to leave the workplace.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant violated US Law and the various laws stated above
Defendant has harass Plaintiff in different forms from derogatory comments, verbal harassments and other discriminatory acts towards plaintiff. (See Lawsuit Document For More Details Of Causes Of Actions.) Based on these causes of action committed by Defendant the Plaintiff is entitled to $100,000 for economic, punitive, and pain and suffering damages, and violating laws, and these acts caused emotional and mental distress economic stress because of having to leave workplace and recovery of lost wages should be compensated by being forced into leaving workforce without another source of revenue to help assist raising a child.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiffs respectfully pray for a judgment against Defendants for:
Pay amount of $100,000 for economic, punitive, and pain and suffering damages, and violating laws, and these acts caused emotional and mental distress economic stress because of having to leave workplace and recovery of lost wages should be compensated by being forced into leaving workforce without another source of revenue to help assist raising a child.

Compensatory damages to be paid by all Defendants;
Punitive damages;
Economic damages
Pain and suffering damages
Recovery of lost wages
Costs and court fees of this lawsuit, with interest;
Any other relief as the court deems appropriate. See additional complaint docs for full details.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  11/13/2023

Signature of Plaintiff   Tauheedah Jackson all rights reserved
Printed Name of Plaintiff   Tauheedah Jackson

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address